# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SINGH,<br><br>      Petitioners,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>      Respondents. | Case No. 1:26-cv-00173-KES-EPG-HC<br><br>ORDER VACATING ORDER TO RESPOND AND BRIEFING SCHEDULE<br><br>(ECF No. 4) |

On January 9, 2026, Petitioner, represented by counsel, filed a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On January 13, 2026, the Court issued an order for Respondent to file a response to the petition and setting a briefing schedule. (ECF No. 4.) On January 29, 2026, Petitioner filed a motion for temporary restraining order. (ECF No. 7.) On January 30, 2026, the assigned district judge set a briefing schedule and indicated that the Court intends to rule directly on the petition. (ECF No. 8.)

Accordingly, the Court HEREBY VACATES the January 13, 2026 order to respond and briefing schedule (ECF No. 4).

IT IS SO ORDERED.

Dated:   **February 2, 2026**          /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE