## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GURPREET SINGH ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **1:26–CV–00173–KES–EPG** |
| v. | |
| **WARDEN GOLDEN STATE ANNEX ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/3/2026 .**

ENTERED:   **February 4, 2026**      /s/  **Keith Holland**
                                                                    Clerk of Court